IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON JEMAUL KENNEDY, # 307857, | ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-157-WKW [WO] |
| PHYLLIS J. BILLUPS and STEVEN T. MARSHALL, | ) ) ) | |
| Respondents. | ) | |

## ORDER

On June 5, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 13) is ADOPTED, and Petitioner Brandon Jemaul Kennedy's § 2254 petition is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 25th day of July, 2017.

                                                            /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE