IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON JEMAUL KENNEDY, # 307857, | ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-157-WKW [WO] |
| PHYLLIS J. BILLUPS and STEVEN T. MARSHALL, | ) ) ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that Petitioner Brandon Jemaul Kennedy's § 2254 petition against Respondents Phyllis J. Billups and Steven T. Marshall is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE